**FILED**

AUG 3 0 2012

PATRICK E. DUFFY, CLERK
By
DEPUTY CLERK, MISSOULA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 09-27-BU-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING MOTION |
| | ) | TO REDUCE SENTENCE |
| CORRINA KERNER, | ) | |
| | ) | |
| Defendant. | ) | |

On August 27, 2012, the Court received a letter from Defendant Corrina

Kerner. Kerner is a federal prisoner proceeding pro se. On June 24, 2010, she was

sentenced to a term of 72 months in prison. Judgment (doc. 124) at 2.

Once a sentence is imposed, a court's authority to alter it is limited. 18 U.S.C.

§ 3582(c). The Director of the Bureau of Prisons has not filed a motion to reduce

Kerner's sentence. *Id.* § 3582(c)(1)(A). She has not shown that the Sentencing

Commission has lowered her guideline range. *Id.* § 3582(c)(2). More than fourteen

days have passed since judgment was entered. Fed. R. Crim. P. 35(a). The United

States has not filed a motion to reduce the sentence. Fed. R. Crim. P. 35(b). Kerner

ORDER DENYING MOTION TO REDUCE SENTENCE / PAGE 1

has not filed a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. The Court is not aware of any other statutory authority that authorizes a reduction of Kerner's sentence. 18 U.S.C. § 3582(c)(1)(B). The law does not permit the Court to do what she asks.

Accordingly, IT IS HEREBY ORDERED that Kerner's motion to reduce her sentence (doc. 131) is DENIED.

DATED this _30_ day of August, 2012.

Donald W. Molloy
United States District Court